**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Walter W. Lacey | Related Bankruptcy Case: 10−19903 |
| | Chapter 13 |
| Debtor, | Judge Joan N. Feeney |
| | |
| Walter W. Lacey | Adversary Proceeding: 10−01249 |
| Plaintiff | |
| vs. | |
| OrlansMoran PLLC et al | |
| Defendant | |

**NOTICE OF DEFAULT**

Pursuant to the provisions of MLBR 7055−1, it appearing that the Defendant Bank of New York Mellon has failed to plead or otherwise defend, it is **ORDERED** that the defendant be and hereby is defaulted.

Upon application by plaintiff for entry of a default judgment, together with the proposed judgment, this matter will be presented to the court for final action.

Date:12/1/10

By the Court,

David Krinsky
Deputy Clerk
617−748−5321