UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>    Walter W. Lacey<br><br>                              Debtor | Docket No.: 10-19903<br><br>Chapter 13 |
| Walter W. Lacey<br>                             Plaintiff,<br>    v.<br><br>BAC Home Loans Servicing, LP; and<br>GMAC-RFC Holding Company, LLC; and<br>Orlans\|Moran LLC; and<br>Bank of New York Mellon Trust Company, NA<br>                            Defendants<br><br>And<br><br>Darlene McCarthy,<br>                            Intervener | ADVERSARY PROCEEDING<br><br>No.     10-01249 |

## MOTION FOR MEMORANDUM OF LIS PENDENS

     NOW COMES Walter W. Lacey, debtor/plaintiff in the above captioned matters, and respectfully moves the court pursuant to Mass.Gen.Laws Ch. 184 §15(b) for issuance of a memorandum of lis pendens, substantially in the form attached, and in support of his motion states that this action was commenced by way of a Verified Complaint; the subject matter of the complaint constitutes a claim of a right to title of real property and/or the use and occupancy of the same; all parties claiming said right have been notified of this action. Under Massachusetts law, the merits of the action are not relevant to issuance of the claim. <u>Speleos v. BAC Home Loans Servicing, LP</u>, 2010 WL 5174510 (D.Mass. 2010).

February 25, 2011

                                                                             Respectfully submitted,
                                                                             Walter W. Lacey
                                                                             By his attorney,

                                                                             /s/      *David G. Baker*
                                                                             David G. Baker, Esq.
                                                                             236 Huntington Avenue, Ste. 306
                                                                             Boston, MA 02115
                                                                             617-340-3680
                                                                             BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within motion AND the proposed Memorandum were served upon the entities named below by the court's CM/ECF system.

/s/    *David G. Baker*
David G. Baker

1. Amy N Azza on behalf of Defendant Bank of America -  aazza@orlansmoran.com
2. Caroline O. Driscoll on behalf of Defendant Bank of America - cdriscoll@goodwinprocter.com
3. Chad W. Higgins on behalf of Defendant Bank of America - chiggins@goodwinprocter.com
4. Kirk P. Rothemich on behalf of Interested Party Darlene McCarthy - rothemichlaw@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>　　　　Walter W. Lacey<br><br>　　　　　　　　　　　　　　Debtor | Docket No.: 10-19903<br><br>Chapter 13 |
| Walter W. Lacey<br>　　　　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>BAC Home Loans Servicing, LP; and<br>GMAC-RFC Holding Company, LLC; and<br>Orlans\|Moran LLC; and<br>Bank of New York Mellon Trust Company, NA<br>　　　　　　　　　　　　　Defendants<br><br>And<br><br>Darlene McCarthy,<br>　　　　　　　　　　　　　Intervener | ADVERSARY PROCEEDING<br><br>No.　　　10-01249 |

## MEMORANDUM OF LIS PENDENS

This matter having come before the Court on the motion of plaintiff Walter W. Lacey for a memorandum of Lis Pendens pursuant to Mass.Gen.Laws Ch. 184 §15(b), the Court finds, upon reading the Verified Complaint, that the subject matter of the action constitutes a claim of right to title to real property or the use and occupation thereof or the buildings thereon, and therefore grants the motion.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Joan N. Feeney
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

3