UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Walter W. Lacey<br><br>Debtor | Chapter 13<br>Docket No. 10-19903 |
| Walter W. Lacey,<br>Plaintiff,<br>v.<br>BAC Home Loans Servicing, et al<br>Defendants<br>And<br>Darlene McCarthy,<br>Intervener | ADVERSARY PROCEEDING<br><br>NO. 10-01249 |

### MOTION TO FILE STATEMENT NUNC PRO TUNC

NOW COMES David G. Baker, attorney of record for plaintiff Walter Lacey and respectfully moves the court for leave to file nunc pro tunc the plaintiff's Statement of Undisputed Material Facts, and in support of this motion states that the omission of the Statement from the previous filing was inadvertent. As it does not appear that a response to the Statement would be permissible, no prejudice would result from allowing this motion.

April 27, 2012

                                                              Respectfully submitted,

                                                  /s/            *David G. Baker*
                                                  David G. Baker, Esq.
                                                  Attorney of Record for the Plaintiff
                                                  236 Huntington Avenue, Ste. 306
                                                  Boston, MA  02115
                                                  617-340-3680
                                                  BBO# 634889