UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | Docket No. 10-19903 |
| Walter W. Lacey | Chapter 13 |
| DEBTOR | |
| Walter W. Lacey, Plaintiff, | ADVERSARY PROCEEDING |
| v. BAC Home Loans Servicing, et al Defendants | No. 10-01249 |

MOTION TO AMEND OR SUPPLEMENT ORDER

    NOW COMES Walter W. Lacey, plaintiff, by his attorney and requests that the court amend or supplement the order dated October 10, 2012, regarding the pre-trial conference held on that date, and for reasons states that it is the recollection of Lacey's undersigned attorney that at the conference, he suggested, and the court agreed, that the proceedings in this matter constituted an informal proof of claim and therefore ordered the defendant(s) to file an amended proof of claim by a date certain (which date counsel does not now recall) which would include the accounting that the court has repeatedly stated that Lacey is entitled to. As this is not reflected in the Proceeding Memorandum and an order is not effective until it is entered on the docket by the clerk, FRBP 9021, Lacey respectfully suggests that the Proceeding Memorandum should be supplemented or amended to reflect that order.

November 1, 2012

                        Respectfully submitted,
                        Walter W. Lacy, plaintiff
                        By his attorney,

                        /s/          *David G. Baker*
                        David G. Baker, Esq.
                        236 Huntington Avenue, Ste. 306
                        Boston, MA  02115
                        617-340-3680
                        BBO# 634889

Certificate of Service

      The undersigned states upon information and belief that the within Motion was served by the court's CM/ECF system on the parties named below on the date set forth above.

                                  /s/            *David G. Baker*
                                    David G. Baker, Esq.

Amy N Azza on behalf of Defendant Bank of America Corporation
bankruptcy@orlansmoran.com;anhsom@gmail.com;anhsom@earthlink.net

Chad W. Higgins on behalf of Defendant Bank of America Corporation
chiggins@goodwinprocter.com

Kirk P. Rothemich on behalf of Interested Party Darlene McCarthy
rothemichlaw@aol.com

Christopher J Somma on behalf of Defendant Bank of America Corporation
csomma@goodwinprocter.com