UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>　　　Walter W. Lacey<br><br>　　　　　　　　　　　　Debtor | Docket No.: 10-19903<br><br>Chapter 13 |
| Walter W. Lacey<br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>Bank of America Home Loans; et al<br>　　　　　　　　　　Defendants | ADVERSARY PROCEEDING<br>No. _____10-01249_____ |

EMERGENCY MOTION TO ALTER OR AMEND ORDER

　　　NOW COMES Walter W. Lacey, plaintiff, by his attorney, and respectfully moves the court to alter or amend the order (docket number 357) on the motion of defendant Bank of America to impound the joint motion to approve a compromise, and for reasons states that if the intervenor, Darlene McCarthy, or the Chapter 13 trustee has any objections to the terms of the settlement, they are required to file those objections, under seal, within 28 days of the order. However, the order does not explicitly require the intervenor or the trustee to serve such objections, if any, on Lacey or Bank of America. While such a requirement may be implicit, Lacey respectfully suggests that it should be explicit and that service should be by first class mail since it would not be accomplished by the court's CM/ECF system. In addition, Lacey wishes to call the court's attention to the fact that the trustee has not appeared in this adversary proceeding and thus is not included on the CM/ECF service list, so it is respectfully suggested that the clerk should add the trustee and the order be served on the trustee by the clerk in some appropriate manner. In the circumstances, emergency treatment is requested.

May 30, 2014

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　WALTER W. LACEY
　　　　　　　　　　　　　　　　　　　　　By his attorney,
　　　　　　　　　　　　　　　　　　　　　DAVID G. BAKER

　　　　　　　　　　　　　　　　　　　　　/s/ David G. Baker
　　　　　　　　　　　　　　　　　　　　　David G. Baker (BBO# 634889)
　　　　　　　　　　　　　　　　　　　　　236 Huntington Avenue, Room 306
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02115
　　　　　　　　　　　　　　　　　　　　　Tel.: 617.367.4260
　　　　　　　　　　　　　　　　　　　　　david@bostonbankruptcy.org

## Certificate of Service

The undersigned states upon information and belief that the within motion was served on the parties named below by the court's CM/ECF system on the date set forth above.

                                      Respectfully submitted,
                                      WALTER W. LACEY
                                      By his attorney,
                                      DAVID G. BAKER

                                      /s/ *David G. Baker*
                                      David G. Baker (BBO# 634889)
                                      236 Huntington Avenue, Room 306
                                      Boston, Massachusetts 02115
                                      Tel.: 617.367.4260
                                      david@bostonbankruptcy.org

Amy N Azza on behalf of Defendants Bank of America Corporation, et al
bankruptcy@orlansmoran.com;anhsom@gmail.com;anhsom@earthlink.net

Chad W. Higgins on behalf of Defendants Bank of America Corporation, et al
chiggins@goodwinprocter.com

Kirk P. Rothemich on behalf of Intervenor-Defendant Darlene McCarthy
rothemichlaw@aol.com

Christopher J Somma on behalf of Defendants Bank of America Corporation, et al
csomma@goodwinprocter.com